1  CHRISTOPHER P. BURKE, ESQ.                    *ECF FILED ON 09/01/09*
   Nevada Bar No.: 004093
2  atty@cburke.lvcoxmail.com
   218 S. Maryland Pkwy.
3  Las Vegas, Nevada 89101
   (702) 385-7987
4  Attorney for Debtor(s)

5

6
                    UNITED STATES BANKRUPTCY COURT
7
                         DISTRICT OF NEVADA
8

9  In Re:                        )    BK-S-09-24057-BAM
                                  )    Chapter 7
10 **ERIC MWANGI, and**           )
   **PAULINE MWICHARO,**          )
11                                )
                                  )
12          Debtor(s).             )    DATE:  09-15-09
                                  )    TIME:  2:30 P.M.
13 _____)

14           **SUPPLEMENT TO MOTION FOR SANCTIONS FOR [CONTEMPT FOR]
                         VIOLATION OF AUTOMATIC STAY**
15

16       Comes Now, Debtors, ERIC MWANGI and PAULINE MWICHARO,

17 (hereinafter 'Debtors') by and through their attorney, CHRISTOPHER

18 P. BURKE, ESQ., and hereby Supplements his Motion for Sanctions

19 for [Contempt For] Violation of Automatic Stay scheduled to be

20 heard on September 15, 2009.

21       At first blush, the Supreme Court case of <u>Citizen Bank of

22 Maryland v. Stumpf</u>, 516 U.S. 16,116 S.Ct.286(1995) appears to be

23 on point. But Debtors point out significant differences.  First,

24 eventhough Debtors owed Wells Fargo for a home equity line of

25 credit, a credit card and a vehicle note, Wells Fargo's letter

26 does not state it was seeking to 'setoff' their debt, only that

27 "the Estate Funds are now in bankruptcy status, which means the

28

funds are no longer available to your client(s)".

Second, unlike in Stumpf Wells Fargo has not sought relief from stay. Finally, the Supreme Court did not determine "[w]hether that temporary refusal [to release funds] was otherwise wrongful". Stumpf 116 S.Ct. at 289.

DATED this 1st day of September, 2009.

Respectfully submitted,

/S/CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor(s)